150 A.3d 405

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ERNEST BATES (A/K/A BATES DEMETRIUS AND DARRYL JONES), DEFENDANT-PETITIONER.

July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4298/5606–12 and A–329–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.